BEFORE THE SECOND DIVISION, DECEMBER 20, 1960

No. 64966.—John V. Carr & Son, Inc. *v.* United States, protests 204812–K, etc. (Detroit).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of cold drawn steel wire rods having a diameter of not less than 0.200 of 1 inch and not more than 0.733 of 1 inch, similar in all material respects to those the subject of Abstract 64255, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 21, 1960

No. 64967.—Venetianaire Corp. of America and Frank P. Dow Co., Inc., et al. *v.* United States, protests 59/23370, etc. (San Francisco).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 64968.—Shrager Brothers Company *v.* United States, protests 326284–K, 58/14020, and 58/23279 (Pittsburgh).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.